_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
December 28, 2021

KEVIN A. DARBY, NVSB# 7670
TRICIA M. DARBY, NVSB# 7959
DARBY LAW PRACTICE, LTD.
4777 Caughlin Parkway
Reno, Nevada  89519
Telephone: 775.322.1237
Facsimile:  775.996.7290
kevin@darbylawpractice.com
tricia@darbylawpractice.com

Attorneys for Debtor/Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ENCORE AUDIO VISUAL DESIGN, LLC,<br><br><br>Debtor.<br><br><br>_____/ | CASE NO.:    BK-N-21-50431-mkn<br>Chapter 11 Subchapter V<br><br>**ORDER CONFIRMING SUBCHAPTER V**<br>**SMALL BUSINESS PLAN OF**<br>**REORGANIZATION**<br><br>Hearing Date:  December 15, 2021<br>Hearing Time: 11:00 a.m. |

Upon Debtor and Debtor in Possession, Encore Audio Visual Design, LLC's ("Debtor"),

*Subchapter V Small Business Plan of Reorganization*, filed on September 3, 2021 as Docket No.

43, as subsequently amended by the *First Amendment to Subchapter V Small Business Plan of*

*Reorganization*, filed on October 27, 2021 as Docket No. 97 (together the "Plan"); this Court

having reviewed and considered the *Brief in Support of Confirmation of Debtors' Plan of*

*Reorganization for Small Business Under Chapter 11 Subchapter V,* filed on October 27, 2021 as

1    Docket No. 100 and the *Declaration of Brad Bolotin in Support of Confirmation of Debtors' Plan*

2    *of Reorganization for Small Business Under Chapter 11 Subchapter V,* filed on October 27, 2021

3    as Docket No. 101; all objections to confirmation of the Plan having been resolved by the parties

4    and withdrawn; based upon the findings of fact and conclusions of law placed on the record at the

5    hearing and incorporated herein pursuant to Federal Rule of Civil Procedure 52, incorporated by

6    reference by Federal Rules of Bankruptcy Procedure 7052, and good cause appearing;

7           IT IS HEREBY ORDERED that the Plan in confirmed pursuant to 11 U.S.C. § 1191(a).

8           IT IS FURTHER ORDERED that the treatment of the Class 1 claim of the State of Nevada

9    Department of Taxation, as set forth in Section 4.01 of the Plan, is amended and modified by

10   replacing the treatment of the Class 1 claim in its entirety with the following:

| *Class* | *Impairment* | *Treatment* |
|---|---|---|
| Class 1 – ***STATE OF NEVADA*** (Proof of Claim # 1)<br><br>*Class 1 Secured Claim:*<br>***$145,320.68***<br><br>*Collateral Description:*<br>Inventory and assets<br><br>*Priority of lien:*  **First** | ☒ Impaired<br><br>☐<br>Unimpaired | The Class 1 Secured Claim is not disputed. The State of Nevada holds a Class 1 secured claim in the allowed amount of $145,320.68, which shall be paid in full by on or before June 8, 2026.  Interest on the Class 1 claim shall accrue at the statutory rate of 9% per annum. Commencing on the Effective Date, Debtor shall make monthly payments to the Class 1 Claimholder in the amount of $3,285.71, which shall continue on a monthly basis until June 8, 2026, when any then outstanding balance of the Class 1 Secured Claim shall be paid in full. |

22          IT IS FURTHER ORDERED that the State of Nevada Department of Taxation also holds

23   an undisputed unsecured priority tax claim in the allowed amount of $26,391.59, which shall be

24   paid as provided in Sections 3.03 and 7.02 of the Plan; and

25          IT IS FURTHER ORDERED that the State of Nevada Department of Taxation also holds

26   an undisputed general unsecured claim in the allowed amount of $2,480.55, which shall be treated

27   as provided in Sections 4.01 and 7.02 of the Plan.

28   ///

1        IT IS SO ORDERED.

2    Submitted By:

3    DARBY LAW PRACTICE, LTD.

4       */s/ Kevin A. Darby*

5    _____
     KEVIN A. DARBY, ESQ.
6    Attorneys for Encore Audio Visual
     Design, LLC

7

8                                    # # #

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In accordance with LR 9021, an attorney submitting this document certifies as follows:

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | | |
|---|---|---|
| State of Nevada Department of Taxation | Patty L. Walsh, Esq. Deputy Attorney General | Approve |
| Subchapter V Trustee | Ted Burr | Approve |
| Christopher C. Hock | Louis M. Bubala III, Esq. | Waived Approval |
| Hutchinson & Steffen, PLCC | Brenoch R. Wirthlin, Esq. | Waived Approval |

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

/s/ Kevin A. Darby

_____
KEVIN A. DARBY, ESQ.
Attorney for Debtors