_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
February 20, 2024

_____

KEVIN A. DARBY, NVSB#7670
TRICIA M. DARBY, NVSB#7956
DARBY LAW PRACTICE, LTD.
499 W. Plumb Lane, Suite 202
Reno, Nevada 89509
Telephone: (775) 322-1237
Facsimile: (775) 996-7290
E-mail: kevin@darbylawpractice.com
Counsel for Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | CASE NO.:  BK-21-50431-mkn |
| | Chapter 11 |
| ENCORE AUDIO VISUAL DESIGN, LLC, | |
| | **CONDITIONAL ORDER ON THE STATE OF NEVADA'S MOTION TO CONVERT TO CHAPTER 7** |
| Debtor. | |
| | Hearing Date:  February 7, 2024 |
| | Hearing Time: 9:30 a.m. |
| _____/ | |

    Upon the State of Nevada, Ex. Rel.. Its Department of Taxation's ("the State") Motion To Convert Case to Chapter 7, filed herein on November 16, 2023 as Docket No. 156 (the "Motion"); and good cause appearing;

    IT IS HEREBY ORDERED that Encore Audio Visual Design, LLC ("Encore") shall cure any and all then outstanding defaults on its payment obligation to the State under the Debtor's confirmed Chapter 11 Subchapter V plan of reorganization by not later than 5:00 p.m. on Friday,

March 8, 2024.

IT IS FURTHER ORDERED that, if Encore fails cure any and all then outstanding defaults on its payment obligation to the State under the Debtor's confirmed Chapter 11 Subchapter V plan of reorganization by not later than 5:00 p.m. on Friday, March 8, 2024, the State may seek conversion of this case to Chapter 7 on shortened time.

IT IS FURTHER ORDERED that, if Encore cures all then outstanding defaults on its payment obligation to the State under the Debtor's confirmed Chapter 11 Subchapter V plan of reorganization by 5:00 p.m. on Friday, March 8, 2024, a status hearing on the State's Motion shall be held on April 10, 2024 at 9:30 a.m.

IT IS SO ORDERED.

# # #

Submitted by:

DARBY LAW PRACTICE, LTD.

/s/ Kevin A. Darby

_____

KEVIN A. DARBY, ESQ.
Attorneys for Encore Audio Visual Design, LLC

In accordance with LR 9021, an attorney submitting this document certifies as follows:

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Approved by:

AARON D. FORD, Attorney General

    /s/ Mary M. Huck
By:_____
    KAYLA D. DORAME, ESQ.
    MARY M. HUCK, ESQ.
    Deputy Attorney General

___ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:

  /s/ Kevin A. Darby
_____
KEVIN A. DARBY, ESQ.
DARBY LAW PRACTICE, LTD.
Attorneys for Debtor